# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0779

VERSUS

JOSE ALBERTO MORENO

**AUGUST 23, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1899-F-2022.

---

**BEFORE:    GUIDRY, C.J., HESTER AND STROMBERG, JJ.**

**STAY DENIED. WRIT DENIED.**

> JMG
> CHH
> TPS

COURT OF APPEAL, FIRST CIRCUIT

_Rauuel Reid_
DEPUTY CLERK OF COURT
FOR THE COURT